# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA MABARY,<br><br>        Plaintiff,<br><br>v.<br><br>ELYI GROUP, INC.,<br><br>        Defendant. | Case No. 2:12-CV-00318-KJD-VCF<br><br>**ORDER** |

Plaintiff's Complaint (#1) was filed February 28, 2012.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendant expired no later than June 27, 2012.  Plaintiff has not yet filed proof of service.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including July 18, 2012 to file proof of service of the summons and complaint within the allowed time.  If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

DATED this 29th day of June 2012.

_____
Kent J. Dawson
United States District Judge