# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LISA MABARY,

    Plaintiff,

v.

ELYI GROUP, INC.,

    Defendant.

Case No. 2:12-CV-00318-KJD-VCF

**ORDER**

Plaintiff's Complaint (#1) was filed February 28, 2012.  Service of the summons and complaint was executed on Defendant on April 25, 2012.  Defendant's answer was due on May 16, 2012.  However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for entry of default, or notice of voluntary dismissal no later than August 24, 2012.

**IT IS SO ORDERED.**

DATED this 6th day of August 2012.

_____
Kent J. Dawson
United States District Judge